IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 03 CR 10365 MEL |
| ) | |
| v. ) | |
| ) | VIOLATIONS: |
| LAURA ESTHER FREYTES ) | |
| a/k/a EMMA FREYTES ) | 18 U.S.C. § 641 - Theft of Public Money |
| ) | and 18 U.S.C. § 1343 - Wire Fraud |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges:

### GENERAL ALLEGATIONS

1. At all times material to this indictment, defendant LAURA ESTHER FREYTES a/k/a EMMA FREYTES was an individual residing in Lowell, Massachusetts.

2. From in or about July 1990 to in or about April 2001, defendant LAURA ESTHER FREYTES a/k/a EMMA FREYTES ("FREYTES") engaged in a complex scheme to defraud the Social Security Administration ("SSA") and the United States Department of Housing and Urban Development ("HUD") in connection with FREYTES' receipt of benefits to which she was not entitled.

3. On or about January 15, 1964, FREYTES, using the name of Laura Esther FREYTES filed an application for a Social Security Number Card ("SSNC") in Puerto Rico. As a result of the application, SSA issued Social Security Number ("SSN") xxx-xx-2286, a number known to the Grand Jury, to FREYTES. On or about September 17, 1986, FREYTES, using the name of Emma FREYTES and an altered Puerto Rican Birth Certificate, filed another application

for a SSNC in New York, New York. As a result of the application, SSA issued SSN xxx-xx-5990, a number known to the Grand Jury, to Emma FREYTES.

4. Beginning on an unknown date in or about July 1990, LAURA ESTHER FREYTES a/k/a EMMA FREYTES devised a scheme and artifice to fraudulently obtain SSI and Section 8 benefits from the United States government by concealing her income from the SSA and HUD.

5. On or about July 23, 1990, FREYTES filed and signed an application for Supplemental Security Income ("SSI") Benefits (Form SSA-8001-F5) at the Lowell, Massachusetts SSA District Office using SSN xxx-xx-2286, a number known to the Grand Jury. An individual is eligible for SSI benefits if they are found to be disabled within the meaning of Social Security law and have "limited" income and resources. SSI beneficiaries are required to report to SSA any change in their employment status or increase in the amount of their earnings while receiving SSI benefits. On her application for SSI benefits, FREYTES indicated that she had never used any other name or Social Security Numbers. FREYTES also indicated on this application that she had no income or resources (i.e., savings, checking accounts, insurance). FREYTES signed page 4 of the application and in the line immediately above her signature, checked yes to "affirm that all information [she had given] on this application [was] true."

6. On or about April 29, 1991, FREYTES completed a more detailed 13 page application for SSI Benefits (Form SSA 8000-BK) using SSN xxx-xx-2286, a number known to the Grand Jury. On this application, FREYTES affirmatively indicated that she had never used any other names or other social security numbers. Question #1(b) on page 1 of Form

SSA 8000-BK specifically asked the applicant: "Did you ever use any other names (including maiden name) or other Social Security numbers?" In response to this question, FREYTES checked the box marked "NO." FREYTES further stated in this application that her only income was AFDC benefits in the amount of $486.00 per month. FREYTES signed this application at page 13, immediately beneath a bolded warning that stated:

> **I/We understand that anyone who knowingly lies or misrepresents the truth or arranges for someone to knowingly lie or misrepresent the truth is committing a crime which can be punished under Federal law, State law, or both. Everything on this application is the truth as best I/we know it.**

7. As a result of the applications filed by FREYTES, SSA began paying monthly cash benefits to FREYTES under the SSI program. Beginning in 1991, FREYTES' monthly SSI Benefits in the amount of approximately $194.00 were wired from the U.S. Treasury Department in Birmingham, Alabama into FREYTES' savings account at Lowell Five Cents Savings Bank, 34 John Street, Lowell, Massachusetts. In the mid-1990s, the SSA began wiring FREYTES' SSI benefits from an account of the U.S. Treasury Department in Kansas City, Missouri to her bank account in Massachusetts. FREYTES' SSI benefits were periodically increased and by March 2001, SSA was paying FREYTES SSI benefits in the amount of $645.39 per month.

8. Unbeknownst to the SSA, FREYTES, utilizing the name of Emma FREYTES with the fraudulent SSN xxx-xx-5990, a number known to the Grand Jury, earned income from various places of employment between 1991 and 2001. FREYTES earned approximately $33,455.36 between on or about 1991 and 2001. FREYTES did not report this income to SSA.

9. FREYTES willfully and knowingly concealed her earnings of $33,455.36 from the SSA by using the name Emma FREYTES with the SSN of xxx-xx-5990 to work for at

3

at least 13 various employers while simultaneously collecting SSI Disability Benefits under the name of Laura FREYTES with the SSN of xxx-xx-2286, a number known to the Grand Jury. FREYTES admitted that she had falsely obtained a second SSN and stated: "I understand that I have violated the law by using two identities to work and collect SSI at the same time. I understand that I collected SSI benefits between 7/1990 and 1/2001 that I was not entitled to."

10. Between on or about March 1993 and March 2001, FREYTES received approximately $15,401.51 in SSI Benefits to which she was not entitled.

11. Additionally, on or about August 20, 1990, FREYTES, using the name of Laura FREYTES, signed an initial application for a rental subsidy. In this application, FREYTES indicated that her monthly income was $486.00 (AFDC public assistance). Based upon HUD's guidelines and the information FREYTES provided, North Canal Apartments ("NCA"), an agent of HUD, approved FREYTES participation in the rental subsidy project governed by Section 8 of the United States Housing Act of 1937, 42 U.S.C. § 1437f ("Section 8"), based upon HUD's guidelines on May 5, 1991.

12. From on or about 1991 to April 2001, FREYTES received Section 8 rental subsidies representing approximately 70% of her rent for a two-bedroom apartment in the North Canal Apartments in Lowell, Massachusetts. HUD wired FREYTES' rental subsidies each month during 1991 to April 2001 from a bank account in Fort Worth, Texas to NCA's bank account in Massachusetts. From on or about 1993 to 2000, FREYTES falsely stated her income to NCA on her annual re-certifications by understating her income by $1,000 to $8,000 per year. HUD determined that FREYTES received a total of $9,804.00 in Section 8 benefits for which she was not eligible.

4

**COUNT ONE:** (Title 18, United States Code, Section 641 - Theft of Money Belonging to the United States)

The Grand Jury further charges that:

13. The allegations contained in paragraphs 1 through 12 are incorporated herein by reference.

14. From in or about March 1993 continuing until in or about March 2001, in the District of Massachusetts,

LAURA ESTHER FREYTES a/k/a EMMA FREYTES

the defendant herein, did embezzle, steal, forge, purloin and knowingly covert to her own use, money in the approximate amount of $15,401.51, more or less, of the Social Security Administration, an agency within the executive branch of the United States government.

All in violation of Title 18, United States Code, Section 641.

5

**COUNT TWO:**     **(Title 18, United States Code, Section 641 - Theft of Money Belonging to the United States)**

The Grand Jury further charges that:

15.  The allegations contained in paragraphs 1 through 12 are incorporated herein by reference.

16.  From in or about March 1993 continuing until in or about April 2001, in the District of Massachusetts,

LAURA ESTHER FREYTES a/k/a EMMA FREYTES

the defendant herein, did embezzle, steal, forge, purloin and knowingly covert to her own use, money in the approximate amount of $9,804.00, more or less, of the United States Department of Housing and Urban Development, an agency within the executive branch of the United States Government.

All in violation of Title 18, United States Code, Section 641.

**COUNTS THREE through TWELVE:** (Title 18, United States Code, Section 1343 - Wire Fraud)

The Grand Jury further charges:

17. The allegations contained in paragraphs 1 through 12 are incorporated herein by reference.

18. On or about the dates set forth below, in District of Massachusetts and elsewhere,

LAURA ESTHER FREYTES a/k/a EMMA FREYTES

the defendant herein, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did cause to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, as set forth below:

| Count | Date | Items Transmitted |
|---|---|---|
| 3 | November 1, 2000 | U.S. Dept. of Treasury wired SSI Benefits in the amount of $ 627.39 from its bank account in Kansas City, Missouri to FREYTES' Savings Account at Lowell Five Cents Savings Bank, Lowell, Massachusetts |
| 4 | December 1, 2000 | U.S. Dept. of Treasury wired SSI Benefits in the amount of $ 627.39 from its bank account in Kansas City, Missouri to FREYTES' Savings Account at Lowell Five Cents Savings Bank, Lowell, Massachusetts |

| | | |
|---|---|---|
| 5 | December 29, 2000 | U.S. Dept. of Treasury wired SSI Benefits in the amount of $ 645.39 from its bank account in Kansas City, Missouri to FREYTES' Savings Account at Lowell Five Cents Savings Bank, Lowell, Massachusetts |
| 6 | February 1, 2001 | U.S. Dept. of Treasury wired SSI Benefits in the amount of $ 645.39 from its bank account in Kansas City, Missouri to FREYTES' Savings Account at Lowell Five Cents Savings Bank, Lowell, Massachusetts |
| 7 | March 1, 2001 | U.S. Dept. of Treasury wired SSI Benefits in the amount of $ 645.39 from its bank account in Kansas City, Missouri to FREYTES' Savings Account at Lowell Five Cents Savings Bank, Lowell, Massachusetts |
| 8 | June 1, 2000 | HUD wired FREYTES' Section 8 rental subsidies in the amount of $709.00 from its bank account in Fort Worth, Texas to NCA's bank account in Massachusetts |
| 9 | August 1, 2000 | HUD wired FREYTES' Section 8 rental subsidies in the amount of $709.00 from its bank account in Fort Worth, Texas to NCA's bank account in Massachusetts |
| 10 | October 1, 2000 | HUD wired FREYTES' Section 8 rental subsidies in the amount of $709.00 from its bank account in Fort Worth, Texas to NCA's bank account in Massachusetts |
| 11 | December 1, 2000 | HUD wired FREYTES' Section 8 rental subsidies in the amount of $709.00 from its bank account in Fort Worth, Texas to NCA's bank account in Massachusetts |

| 12 | February 1, 2001 | HUD wired FREYTES' Section 8 rental subsidies in the amount of $709.00 from its bank account in Fort Worth, Texas to NCA's bank account in Massachusetts |

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

*[signature]* 12/3/03
FOREPERSON OF THE GRAND JURY

*[signature]*
B. STEPHANIE SIEGMANN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 3, 2003

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK   2:37 pm