AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LAURA ESTHER FREYTES
a/k/a EMMA FREYTES

**WARRANT FOR ARREST**

CASE NUMBER: 03 CR 10365 MEL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LAURA ESTHER FREYTES, a/k/a EMMA FREYTES
                                                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Theft of Public Money and Wire Fraud

in violation of Title ___ United States Code, Section(s) 641, 1343

Sheri ___                                          Operations Supervisor
Name of Issuing Officer                            Title of Issuing Officer

_[signature]_                                      12/3/03  Boston MA
Signature of Issuing Officer                       Date and Location

Bail fixed at $ ___                     by ___
                                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
**WARRANT EXECUTED BY**
**BY ARREST/ARRAIGNMENT OF THE**
**DEFENDANT ON**

DATE RECEIVED              NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

This form was electronically produced by Elite Federal Forms, Inc.