# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                      CRIMINAL NO. 2003-10365-MEL

LAURA ESTHER FREYTES,
      Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on January 15, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    No experts will be called at trial.

    (3)    None.

(4) No motions will be filed.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial is unlikely.

(7) The Final Status Conference is set for *Friday, March 5, 2004 at 3:00 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 16, 2004.