# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2003-10365-MEL

LAURA ESTHER FREYTES,
    Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/3/2003 - Indictment returned.

12/8/2003 - Initial Appearance

12/11/2003 - Arraignment

12/12/2003 - 1/8/2004 -    Excluded as per L.R. 112.2(A)(2).

1/15/2004 - Conference held.

1/16 - 3/4/2004 -    Continuance granted in order for counsel for the defendant to assemble the defendant's medical records. I find that the ends of justice served by granting the continuance outweigh the interest

of the public and the defendants in a speedy trial.

Thus, as of March 4, 2004, eight (8) non-excludable days will have occurred leaving SIXTY-TWO (62) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

January 16, 2004.