```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,        )  CR. No. 03-10365-MEL
                                 )
              Plaintiff          )
                                 )
                                 )
       v.                        )
                                 )
                                 )
LAURA ESTHER FREYTES             )
              Defendant.         )
_____)
```

**MOTION FOR A F.R.Cr.P. RULE 11 HEARING**

COMESCOMES NOW, defendant, Laura E. Freytes who hereby moveCOMES NOW,

HonorableHonorable Court to setHonorable Court to set aHonorable Court to se

plead to Counts One through Twelve of the indictment.

Date: March 3, 2004            Respectfully submitted,

                               *VictoriaVictoria M. Bonilla*

                               VICTORIA BONILLA-ARGUDO, BBO #55875
                               21 Union Street
                               Boston, MA 02108
                               (617) 722-9292

                               Attorney for Defendant
                               Laura E. Freytes


**Certificate of Service**
I,I, Victoria Bonilla, herebyI, Victoria Bonilla, hereby certify that I have caused to be served aI, Victoria Boni
allall counsel of record, this date by hand, fax or mailingall counsel of record, this date by hand, fax or mailing
person.
Dated: _____        _____
                              VICTORIA M. BONILLA-ARGUDO


                            1