**MENTAL HEALTH ASSOCIATION OF GREATER LOWELL, INC.**
**COMMUNITY COUNSELING CENTER**
**99 Church Street, Lowell, MA 01852   (978) 458-6282**
**FAX (978) 441-9826   E-Mail: mhagl@aol.com**

January 16, 2004

To:   Victoria M. Bonilla
      Law office of Bourbeau & Bonilla
      21 Union Street
      Boston, MA 02108

Re:   Laura Freytes, DOB – 3/18/47

Dear Ms. Bonilla,

Enclosed you will find the intake documents and treatment plan for Laura Freytes.
Ms. Freytes reinitiated treatment with me in November, but our first meeting was not
until December 12, 2003. I provided individual counseling to Ms. Freytes from 2/8/02
through 12/3/02 which the client ended due to transportation problems.

Ms. Freytes suffers from chronic anxiety and depression. While I do not see any
relationship between her mental health issues and her poor choices resulting in her
current legal problems, it is my clinical impression that incarceration or loss of housing
would exacerbate her symptoms and be detrimental to the client's mental health.

If you have any further questions, I may be reached at (978) 458-6282, Tuesday through
Friday. However, I will be on maternity leave for six weeks beginning March 1, 2004.

Sincerely,

*Reina Smoley-Balog, MA.*

Reina Smoley-Balog, MA.

**ERNESTO LOPEZ, M.D.**

101 AMESBURY STREET, SUITE 207
LAWRENCE, MASSACHUSETTS 01840
TELEPHONE (978) 975-1487

DIPLOMATE OF THE AMERICAN BOARD OF UROLOGY

February 6, 2004

RE: Laura Freytes
DOB 3/18/47

To Whom It May Concern:

Mrs. Freytes has been diagnosed Interstitial Cystitis. This condition is produced by an unknown cause.
At present time the treatment is at best systematic and palliative, as there is no cure the patient will continue treatment until the cure is found.

Cordially,

Ernesto Lopez, M.D.

EL/ys

Office of the Inspector General
Office of Investigations
Social Security Administration

## Report of Investigation

TITLE OF CASE:      FREYTES, Laura

CASE NUMBER:        BOS-01-00349-H

PERIOD COVERED:     May 2001 - Present

REPORTING AGENT:    Stephen Wells

FIELD DIVISION:     Boston

STATUS OF CASE:     Open

On December 10, 2003, OI requested a written explanation from the Social Security Administration (SSA) Boston Teleservice Center (BTS) of the circumstances by which SSA began withholding money from Laura Freytes current SSI benefits. The BTS provided a letter to OI explaining the deductions from Freytes monthly benefit amount (see letter). The letter did not contain the following information:

According to the SSA BTS, between September 1, 2002, and January 1, 2004, SSA collected approximately $1063.28 of the total overpayment ($15,401.51) illegally paid to Freytes. SSA withheld ten percent ($65.93 w/ increases to $66.93) of Freytes' monthly SSI benefit during that time. As of January 1, 2004, SSA stopped withholding money from Freytes monthly SSI benefit amount.

Submitted: _____     Date: _1/9/04_
                 Special Agent

Approved: _____     Date: _1/9/04_
                 ASAC/SAC

This report contains sensitive law enforcement material and is the property of the Social Security Administration, Office of the Inspector General (SSA OIG). It may not be copied or reproduced without written permission from the SSA OIG. This report is FOR OFFICIAL USE ONLY, and its disclosure to unauthorized persons is strictly prohibited and may subject the disclosing party to liability. Public availability to be determined under 5 U.S.C. §§ 552 and 552a.

FORM OI-4 (Revised 11/20/00)

0300000615