UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 03-10365-MEL |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAURA ESTHER FREYTES | ) | |
| Defendant. | ) | |

**MOTION FOR TEMPORARY RELIEF OF PAYMENT OF SPECIAL ASSESSMENT**

COMES NOW, defendant, Laura E. Freytes who hereby moves this Honorable Court to allow her to pay the $1,200.00 special assessment in instalments.

As grounds therefore, the defendant states that on this day she made an initial payment of $400.00. However, she is presently financially unable to pay the $800.00 balance. Defendant therefore requests that she be allowed to pay the same at the rate of $100.00 per month for the next 8 months.

Date: June 29, 2004          Respectfully submitted,

*/s/ Victoria M. Bonilla*

VICTORIA BONILLA-ARGUDO, BBO #55875
77 Central St., 2nd Floor
Boston, MA 02109
(617) 350-6868

Attorney for Defendant
Laura E. Freytes

Certificate of Service

I, Victoria M. Bonilla-Argudo, hereby state that on this day a true copy of this motion was served upon all counsel of record by fax, e-mail and or first class postage pre-paid.


6/29/04                                    /s/ Victoria M. Bonilla